IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELIZABETH AGUILAR,

    Plaintiff,

v.                                                                                                          CIV 17-0003 KBM

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

## **ORDER TO SHOW CAUSE**

THIS MATTER is before the Court *sua sponte*. This Court entered its Order Setting Briefing Schedule on March 24, 2017. *Doc. 14*. Pursuant to that Order, Plaintiff was to file her Motion to Reverse or Remand on or before May 23, 2017. *Id.* The Order further provided "[a]ll requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court." *Id.* However, to date, Plaintiff has neither filed a Motion, nor moved this Court for an extension of time in which to do so.

The Court has the inherent power to impose a variety of sanctions on litigants in order to, among other things, regulate its docket and promote judicial efficiency." *Id.* (citing *Martinez v. Internal Revenue Service*, 744 F.2d 71, 73 (10th Cir. 1984)). One such sanction within the Court's discretion is to dismiss an action for want of prosecution. *Id.* (citing *Nat'l Hockey League v. Metro. Hockey Club, Inc.*, 427 U.S. 639, 642-43 (1976); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962)). In addition to this Court's inherent powers, the Federal Rules of Civil Procedure contemplate involuntary dismissal in the event of a plaintiff's failure to prosecute. *See* Fed. R. Civ. P. 41(b); Fed. R. Civ. P. 1

(requiring the Court and the parties to employ the rules to "secure the just, *speedy*, and inexpensive determination of every action and proceeding") (emphasis added)).

**IT IS THEREFORE ORDERED** that Plaintiff must either file her Motion to Remand, or show cause in a written document to be filed with the Court no later than **Monday, August 14, 2017,** why this case should not be dismissed. Plaintiff is hereby notified that failure to respond to this Order may result in dismissal of this action without further notice.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE